7:21-CV-1468-LCB-GMB

FILED
2021 Nov-04 PM 02:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

211657.

Inmate Identification Number:

Moss, Timothy Lamar.
Excessive/Force By Staff. (T.M)

(Enter above the full name of the plaintiff
in this action)

> NOTICE TO FILING PARTY
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

2021 NOV -3 A 11:28

vs.

Cutts, Andrew C / c/o Officer
T. Miree / Sargent At Bibb
Co. Corrections

(Enter above full name(s) of the defendant(s)
in this action)

I.  Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( )        No (✓)

   B.   If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff: None

             Defendant(s): _____

2

2. Court (if Federal Court, name the district; if State Court, name the county) __N/A__

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __None__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

I. Place of present confinement __Bibb County Correction.__

   A. Is there a prisoner grievance procedure in this institution?
Yes (X)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes (X)   No ( )

   C. If your answer is YES:

      1. What steps did you take? __Grievance/File to warden and Captain__

      2. What was the result? __N/A actions was taken__

   D. If your answer is NO, explain why not: __Yes, I Filed Grievance to the warden, and Captain About the Excessive Force by Staff.(tm) N/A. Results.(tm)__

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Moss, Timothy Lamar: 211657

Address 565 Bibb Lane, Brent, ALA. 35034

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Cutts, Andrew C/

Is employed as Officer, C/O.

at Bibb Co. Correction

C. Additional Defendants T-Mirees/Sgr. on 8-13-21 at 7:30 or 8:00 pm Sgr. T. mirees Stamped me in the face with handcuffs and shakles on. The Bibb Co Correctons/Srgent. at Bibb.

V. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Sgr. T. miree Stamped me in the face at the Health Care Unit for no reason at all — the Cam/caught all the actions to this case — 8-13-21 at 7:30 or 8:00pm/ officer cutts sprayed me in the face all so for no reason at all and push my face

4

Into the Fence, Trying to Show out in Front of the nurses this happen on 9-6-21 at 9:25 am. He was trying to show out in Front of the nurces also. (TM)

V. **RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I'm having trouble out of my right Eye From Sgr. T. Miree From being Stumped In Front of the HCU. I'm suwing For 50,000 nothing under All these or both of this happen in Front of the HCU Camria. (TM)

50,000 for damages done to me. (TM)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/28/21.

SIGNATURE

ADDRESS 565 Bibb Lane
Brent, ALA, 35034

AIS # 211657 B/m DOB 10/31/77

5

Sgt. T. Miree / would not give me his First Name so all I know he is a Sgt.gent for Bibb Correction Department, on 8-13-21 at 7:00 or 8:pm he stumped me in the Face for no reason at all he told me he did give a dam about no camra / admin done nothing to him. (TM)

Sgt. T. Miree   Bibb DOC.

Officer, Cutts Andrew C / officer at Bibb Co ADOC sprayed me in the face and push me into the fence face first told me he didnt like my Black Ass because I say to much. (TM)

Filling for Excessive Force By Staff.

Moss, Timothy L. 211657.